# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KATHRINE NICHOLS,**   Plaintiff,  vs.  **PAUL ELDEN KINGSTON,** *et al.*,   Defendants. | **ORDER**  **Case No. 2:25-CV-51-DAK-DAO**  **Judge Dale A. Kimball**  **Magistrate Judge Daphne A. Oberg** |

On February 27, 2025, Defendants Davis County Cooperative, Davis County Cooperative Society, Patricia Kingston, Paul Elden Kingston, and Latter Day Church of Christ filed a Motion to Dismiss [ECF No. 37]; on April 1, 2025, Defendant Jason Ortell Kingston filed a Motion to Dismiss [ECF No. 44] and Defendant Daniel Charles Kingston filed an Amended Motion to Dismiss [ECF No. 45]. The court set the motions for hearing on June 6, 2025. However, the hearing was vacated due to a pending Motion to Consolidate this case with Case No. 2:24-CV-155-AMA-JCB. The Motion to Consolidate in that case is still pending.

Because the parties are not in a position to pursue their motions to dismiss in this action, the court denies the motions without prejudice. This Order makes no comment on the merits of the motions. This Order is merely an effort to properly manage the active pending motions on the court's docket. The motions may be refiled after the ruling on the Motion to Consolidate in Case No. 2:24-CV-155-AMA-JCB.

DATED this 25th day of August 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge